

Search for Cases by: Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print                    GrantedPublicAccess   Logoff CBJELLINEK

**22SL-CC03491 - RODNEY FOSTER V SAIA LOGISTICS SERVICES, LLC (E-CASE)**

| Case FV | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries:  ● Descending   ○ Ascending

Display Options: All Entries

---

**08/12/2022**   ☐ Agent Served
Document ID - 22-SMCC-6370; Served To - SAIA LOGISTICS SERVICES, LLC; Server - ; Served Date - 03-AUG-22; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

☐ **Affidavit for Service by Mail**
Affidavit for Service of Process.
  **Filed By:** MARK EDWARD BLANKENSHIP
  **On Behalf Of:** RODNEY FOSTER

**08/02/2022**   ☐ **Summons Issued-Circuit**
Document ID: 22-SMCC-6370, for SAIA LOGISTICS SERVICES, LLC. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**08/01/2022**   ☐ Filing Info Sheet eFiling
  **Filed By:** MARK EDWARD BLANKENSHIP

☐ **Motion Special Process Server**
Request for Appointment of Process Server.
  **Filed By:** MARK EDWARD BLANKENSHIP
  **On Behalf Of:** RODNEY FOSTER

☐ **Entry of Appearance Filed**
Entry of Appearance MEB.
  **Filed By:** MARK EDWARD BLANKENSHIP

☐ **Entry of Appearance Filed**
Entry of Appearance JAO.
  **Filed By:** MARK EDWARD BLANKENSHIP

☐ **Pet Filed in Circuit Ct**
Petition.
  **Filed By:** MARK EDWARD BLANKENSHIP

☐ Judge Assigned
DIV 8

---

Case.net Version 5.14.58                    Return to Top of Page                    Released 08/24/2022

**EXHIBIT B**
to Notice of Removal

# AFFIDAVIT OF SERVICE

| Case: 22SL-CC03491 | Court: 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 7454847 (22-SMCC-6370) |
|---|---|---|---|
| **Plaintiff / Petitioner:** RODNEY FOSTER | | **Defendant / Respondent:** SAIA LOGISTICS SERVICES, LLC | |
| **Received by:** Pro Serve | | **For:** OTT LAW FIRM | |
| **To be served upon:** SAIA LOGISTICS SERVICES, LLC CT CORPORATION SYSTEM | | | **Court Date:** |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SAIA LOGISTICS SERVICES, LLC CT CORPORATION SYSTEM per BONNIE LOVE, INTAKE SPECIALIST, COMPANY: 120 S CENTRAL AVE, SAINT LOUIS, MO 63105

**Manner of Service:** Registered Agent, Aug 3, 2022, 11:15 am CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, PETITION WITH JURY TRIAL DEMANDED, PARTIES AND VENUE, GENERAL ALLEGATIONS, COUNT 1 AND REQUEST FOR APPOINTMENT OF PROCESS SERVER

**Additional Comments:**
1) Successful Attempt: Aug 3, 2022, 11:15 am CDT at COMPANY: 120 S CENTRAL AVE, SAINT LOUIS, MO 63105 received by SAIA LOGISTICS SERVICES, LLC CT CORPORATION SYSTEM per BONNIE LOVE, INTAKE SPECIALIST.

_____  8/8/22
Tim Moore                   Date
329

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

8/8/2022                    2/05/2025
Date                        Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 22SL-CC03491 |
|---|---|
| Plaintiff/Petitioner:<br>RODNEY FOSTER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>1400 BLUE JAY ROAD<br>RINCON, GA 31326 |
| Defendant/Respondent:<br>SAIA LOGISTICS SERVICES, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: SAIA LOGISTICS SERVICES, LLC
Alias:

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105



COURT SEAL OF
ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

02-AUG-2022
Date

_____
Clerk

Further Information:
JS

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
My commission expires: _____
(Seal)                Date                                     Notary Public



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 22SL-CC03491 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RODNEY FOSTER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>1400 BLUE JAY ROAD<br>RINCON, GA  31326 | |
| Defendant/Respondent:<br>SAIA LOGISTICS SERVICES, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** SAIA LOGISTICS SERVICES, LLC
   **Alias:**
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON, MO  63105



*COURT SEAL OF*

*ST. LOUIS COUNTY*

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
     **SPECIAL NEEDS:**  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

   **02-AUG-2022**                                      _____
       Date                                                                                              Clerk

**Further Information:**
JS

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____(title).

☐ other _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                  Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
(Seal)                                                    Date                                                    Notary Public

**Sheriff's Fees, if applicable**
Summons                                   $_____
Non Est                                    $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $_____10.00_____
Mileage                                   $_____ (_____ miles @ $._____ per mile)
**Total**                                     $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

MISSOURI CIRCUIT COURT
TWENTY-FIRST JUDICIAL CIRCUIT
ST. LOUIS COUNTY CIRCUIT CLERK

| | |
|---|---|
| RODNEY FOSTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. _____ |
| vs. ) | |
| ) | Division: _____ |
| SAIA LOGISTICS SERVICES, LLC ) | |
| ) | |
| Serve at: ) | |
| ) | |
| C T CORPORATION SYSTEM ) | |
| 120 South Central Ave ) | |
| Clayton, MO 63105 ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## PARTIES & VENUE

1. Plaintiff Rodney Foster resides in St. Louis County, Missouri.

2. Defendant Saia Logistics Services, LLC (hereinafter "Saia") is a Georgia-based limited liability company registered to do business in St. Louis County, Missouri.

3. Venue is proper in St. Louis County per Mo. Rev. Stat. § 508.010(4) because Plaintiff was first injured by the negligent conduct of Defendant in St. Louis County.

## GENERAL ALLEGATIONS

4. Plaintiff Foster was working as a truck driver for Defendant Saia.

5. Plaintiff had been dealing with neck and shoulder injuries, which was first caused by a motor vehicle collision back in 2015. His injuries were later worsened when he was involved in another motor vehicle collision in 2019. While Plaintiff had been seeking medical treatment for these injuries, the normal wear and tear due to aging had been putting a strain in his work performance as a truck driver.

1

6. On December 14, 2021, Plaintiff filed a FMLA application to Defendant Saia.

7. On or around January 19, 2022, Plaintiff submitted his requests for accommodations along with the medical questionnaire signed by his doctor, Nathan Olafsen, MD.

8. A few days after, Plaintiff received a phone call from Ron Ryan and Charles Moore, the director of human resources at Saia, Inc. to inquire into his FMLA paperwork. They indicated to Plaintiff that his symptoms and his history of medical conditions were not provided on his DoT physical examination in 2020.

9. Plaintiff was informed by Mr. Moore that if he were to have a physical examination conducted, he may not be able to pass it, thus not being able to medically fit to drive as a truck driver. Moore admits that his assumption not based upon medical expertise.

10. On January 27, 2022, Plaintiff was terminated by SAIA for being medically unfit to drive.

## COUNT I: RETALIATION FOR ASSERTING RIGHTS UNDER FAMILY MEDICAL LEAVE ACT

COMES NOW Plaintiff Foster, and for their claims of negligence against Defendant Saia states as follows:

11. All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

12. A plaintiff claiming FMLA retaliation must first establish that:

    a. he availed herself of a protected right under the FMLA;

    b. he suffered an adverse employment action; and

    c. there is a causal connection, i.e., that the employer took the adverse action

2

because the employee exercised her rights.

13. If the plaintiff meets this requirement the employer must then articulate a legitimate, non-discriminatory reason for the adverse action.

14. If the employer successfully articulates a reason, the plaintiff must demonstrate that the proffered reason was not the true reason for the employment decision.

15. Plaintiff suffered an adverse action of termination from Saia, because:

    a. Plaintiff filed FMLA paperwork;

    b. Defendant called Plaintiff to question Plaintiff about the FMLA paperwork that he filed;

    c. Defendant failed to provide Plaintiff with an opportunity to conduct another physical examination; and

    d. Defendant failed to provide the reasonable or similar accommodations that Plaintiff requested.

16. As a direct and proximate result of Defendant's retaliation towards Plaintiff's availing himself of his FMLA rights, Plaintiff has been damaged because he lost the wages he was earning with Defendant and any accompanying benefits at the time of his discharge through the future minus any subsequent employment he might have obtained.

WHEREFORE, Plaintiff Foster prays for judgement in his favor, and for damages in an amount to be determined at trial by jury in excess of $25,000.000, for costs of this action and for any other relief as may be just and proper.

OTT LAW FIRM

*/s/ Joe Ott*
_____
Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd.
Maplewood, MO 63143
(314) 675-1882
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff*

4

Electronically Filed - St Louis County - August 01, 2022 - 10:16 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**TWENTY-SECOND JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | |
|---|---|
| **RODNEY FOSTER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. |
| vs. | ) |
| | ) Division: |
| **SAIA LOGISTICS SERVICES, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Joseph A. Ott, an attorney at Ott Law Firm, and hereby enters his appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,

**OTT LAW FIRM**

/s/ Joe Ott
_____
Joseph A. Ott, #67889
3544 Oxford Blvd.
Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:   (314) 689-0080
joe@ott.law
*Attorneys for Plaintiff*

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**TWENTY-SECOND JUDICIAL CIRCUIT**
**STATE OF MISSOURI**

| | |
|---|---|
| **RODNEY FOSTER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. |
| vs. ) | |
| ) | Division: |
| **SAIA LOGISTICS SERVICES, LLC** ) | |
| ) | |
| **Defendant.** ) | |

## ENTRY OF APPEARANCE

COMES NOW Mark E. Blankenship Jr., an attorney at Ott Law Firm, and hereby enters his appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,

**OTT LAW FIRM**

*/s/ Mark Edward Blankenship*
Mark E. Blankenship, #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff*

**22SL-CC03491**

Electronically Filed - St Louis County - August 01, 2022 - 10:16 AM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

Rodney Foster
Plaintiff/Petitioner

vs.

Saia Logistics Services, LLC
Defendant/Respondent

Date: August 1, 2022

Case Number: _____

Division: _____

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff by and through her undersigned counsel , pursuant
                    Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Tim Moore - STL ProServe        6614 Clayton Road #311, St. Louis, MO 63117        314-962-2222
Name of Process Server          Address                                            Telephone

_____  _____                     _____
Name of Process Server          Address or in the Alternative                      Telephone

_____  _____                     _____
Name of Process Server          Address or in the Alternative                      Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Name: CT Corporation System (Registered Agent)
Address: 120 S Central Ave
City/State/Zip: Clayton, MO 63105

SERVE:
Name: _____
Address: _____
City/State/Zip: _____

SERVE:
Name: _____
Address: _____
City/State/Zip: _____

SERVE:
Name: _____
Address: _____
City/State/Zip: _____

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____
     Deputy Clerk

_____
Date

/s/ Joseph A. Ott
Signature of Attorney/Plaintiff/Petitioner
67889
Bar No.
3544 Oxford Blvd., Maplewood, MO 63143
Address
(314) 293-3756            (314) 689-0080
Phone No.                  Fax No.

CCADM62-WS   Rev. 08/16

Local Rule 28.  SPECIAL PROCESS SERVERS

(1) Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 08/16

**22SL-CC03491**

Electronically Filed - St Louis County - August 01, 2022 - 10:16 AM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

Rodney Foster
Plaintiff/Petitioner

vs.

Saia Logistics Services, LLC
Defendant/Respondent

August 1, 2022
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff by and through her undersigned counsel                                 , pursuant
                                    Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 Tim Moore - STL ProServe         6614 Clayton Road #311, St. Louis, MO 63117        314-962-2222
Name of Process Server                  Address                                         Telephone

_____
Name of Process Server              Address or in the Alternative                        Telephone

_____
Name of Process Server              Address or in the Alternative                        Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
 CT Corporation System (Registered Agent)
Name
 120 S Central Ave
Address
 Clayton, MO 63105
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____ **/s/Jeremy Smith**_____
       Deputy Clerk

              8/2/2022
Date

/s/ Joseph A. Ott
Signature of Attorney/Plaintiff/Petitioner
 67889
Bar No.
 3544 Oxford Blvd., Maplewood, MO 63143
Address
 (314) 293-3756            (314) 689-0080
Phone No.                         Fax No.

CCADM62-WS    Rev. 08/16

Local Rule 28.  SPECIAL PROCESS SERVERS

(1) Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.