# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| RODNEY FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  4:22-cv-00915-SPM |
| ) | |
| SAIA MOTOR FREIGHT LINE, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rodney Foster and Defendant Saia Motor Freight Line, LLC hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, which each party bearing their own attorney's fees and costs.

**So Ordered**
Mar 7, 2023

Respectfully submitted,

**OTT LAW FIRM**

By: _/s/ Mark Edward Blankenship_
Mark E. Blankenship, Jr., Esq. #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
mark@ott.law
*Attorneys for Plaintiff*
*Rodney Foster*

Charles B. Jellinek, #44462MO
Danielle Pajda, #71114MO
211 North Broadway, Suite 3600
St. Louis, Missouri  63102
Telephone:  314-259-2000
Facsimile:  314-259-2020
cbjellinek@bclplaw.com
danielle.pajda@bclplaw.com
*Attorneys for Defendant*
*Saia Motor Freight Line, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served through the Court's eFiling system and/or by facsimile, hand delivery, electronic mail, or U.S. Mail, postage prepaid, this 1st day of March, 2023 to all counsel of record.

*/s/ Mark E. Blankenship Jr.*